# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 25, 2008

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

137225

IN RE ESTATE OF ERNEST JOHN JAMES
FINK, Deceased.
_____

MICHAEL POST and STEVEN POST,
      Appellees,

v

RICHARD SCHULTZ and MARIANNE
TAYLOR, Co-Personal Representatives,
      Appellees,
and

DALE TERMUNDE,
      Appellant.

_____/

SC: 137225
COA: 278266
Van Buren PC: 2006-001118-DE

On order of the Court, the application for leave to appeal the July 24, 2008 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 25, 2008

Clerk